## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. CROSSETT LUMBER COMPANY.

### No. 422.

Circuit Court of Appeals, Eighth Circuit.
Nov. 8, 1938.

Charles Fahy, Gen. Counsel, National Labor Relations Board, and Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

T. J. Gaughan and Elbert Godwin, both of Camden, Ark., for respondent.

PER CURIAM.

Decree for enforcement of order of National Labor Relations Board on petition of Labor Board and stipulation of parties.